FILED
CLERK, U.S. DISTRICT COURT

Dec 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMAN DAYANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BCI COCA COLA BOTTLING CO., BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, COCA-COLA REFRESHEMENTS LOS ANGELES, YOVINA GLEN and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-06450-SVW-MRW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

71945995.1

# [PROPOSED] ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Payman Dayani ("Plaintiff") and Defendants BCI Coca-Cola Bottling Company of Los Angeles ("BCI") and Yovina Glen ("Glen") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: __December 8, 2015__  _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

71945995.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE